UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>RAM NIWAS GAZAB,<br><br>           Defendant. | Case No. 23-623 SKV<br><br>DETENTION ORDER |

      Defendant Ram Niwas Gazab is charged with abusive sexual contact, 18 U.S.C. § 2244(b), 49 U.S.C. § 46506(1). The Court held a detention hearing on January 9, 2024, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated in the record and as hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Mr. Gazab stipulated to detention.
2.     Mr. Gazab poses a risk of nonappearance due to his ties to a foreign country and lack of ties to this community. Mr. Gazab does not have a viable release plan and poses a risk of danger due to the nature of the offense charged. Based on these findings, and for the reasons stated on the record, there does not appear to be any

DETENTION ORDER - 1

condition or combination of conditions that will reasonably assure Mr. Gazab's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Gazab shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Gazab shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Gazab is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Gazab, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 9th day of January, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge